Barbara A. Rohr SBN 273353
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: brohr@faruqilaw.com

Richard W. Gonnello (*pro hac vice forthcoming*)
Katherine M. Lenahan (*pro hac vice forthcoming*)
Sherief Morsy (*pro hac vice forthcoming*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
       klenahan@faruqilaw.com
       smorsy@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff Troy Larkin*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTON BIELOUSOV, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>   vs.<br><br>GOPRO, INC. and NICHOLAS D. WOODMAN,<br><br>                                    Defendants | Case No. 4:16-CV-06654-CW<br><br>**ORDER GRANTING TROY LARKIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br><u>**CLASS ACTION**</u><br><br>Judge: Hon. Claudia Wilken<br>Date:<br>Time:<br>Courtroom: |

1  WHEREAS, a putative class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") was filed on November 16, 2016 in the Northern District of California; and

WHEREAS, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), on November 16, 2016, first-filed plaintiff Anton Bielousov published notice via *Globe Newswire*, a widely circulated national business-oriented wire service, advising members of the putative class (the "Class") of the pendency of the action, the claims asserted therein, the purported class period, and their right to move this Court to be appointed lead plaintiff; and

WHEREAS, pursuant to Section 21D of the Exchange Act, any purported class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before January 17, 2017; and

WHEREAS, Troy Larkin ("Larkin"), filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Larkin has the largest financial interest in the relief sought by the Class and otherwise best satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Larkin seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS 6th day of February 2017, the Court having considered the motion of Larkin for Appointment as Lead Plaintiff and Approval of Lead Counsel and all supporting documents, it is hereby ORDERED as follows:

**LEAD PLAINTIFF**

1. The motion of Larkin to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Larkin is appointed as Lead Plaintiff for the putative Class.

**LEAD COUNSEL**

2. The motion of Larkin for approval of his counsel as Lead Counsel is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the putative Class as Lead Counsel.

IT IS SO ORDERED.

DATED: February 6, 2017

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE