SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
VINCENT BARREDO (CSB No. 275518)
vbarredo@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants
GoPro, Inc., Nicholas Woodman,
Anthony Bates, and Brian McGee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TROY LARKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS D. WOODMAN, BRIAN MCGEE and ANTHONY BATES,<br><br>Defendants. | Case No.: 4:16-cv-06654-CW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING PROCEEDINGS**<br><br>Date Action Filed: November 16, 2016 |

Pursuant to the Northern District of California Civil Local Rules ("Local Rules") 6-1, 6-2, and 7-12, defendants GoPro, Inc. ("GoPro" or the "Company"), Nicholas D. Woodman, Anthony Bates, and Brian McGee (collectively, "Defendants") and lead plaintiff Troy Larkin ("Lead Plaintiff," and together with Defendants, the "Parties") in the above-captioned action, by and through their counsel, hereby stipulate to the following:

WHEREAS, the above-captioned action is a proposed class action alleging violations of the federal securities laws against Defendants;

WHEREAS, on October 10, 2017, the Court set certain dates in its Minute Order and Case Management Order (Dkt. No. 90) (the "Case Management Order");

WHEREAS, Lead Plaintiff filed his Motion for Class Certification (Dkt. No. 105) ("Motion for Class Certification");

WHEREAS, in connection with class certification, Defendants noticed Lead Plaintiff's deposition for July 25, 2018;

WHEREAS, pursuant to the Case Management Order, Defendants' opposition to the Motion for Class Certification is due on August 10, 2018, Lead Plaintiff's reply is due on September 10, 2018, and the hearing on the Motion for Class Certification is currently scheduled for September 25, 2018 at 2:30 p.m.;

WHEREAS, Lead Plaintiff has served formal discovery requests on Defendants, including, requests for the production of documents, interrogatories, and requests for admission (the "Discovery Requests");

WHEREAS, counsel for the parties have met and conferred and have agreed, in an effort to resolve this dispute, to attend a private mediation, which is scheduled to occur on September 11, 2018, before Robert A. Meyer, Esq.;

WHEREAS, the Parties agree that to conserve judicial and Party resources, that, with the exception of the currently noticed deposition of Lead Plaintiff and Defendants' opposition to the Motion to Class Certification, all proceedings in this action should be temporarily stayed and the dates in the Case Management Order vacated to allow the Parties to determine if they can reach an agreement to resolve this matter, subject to Court approval;

1  WHEREAS, the hearing on the Motion for Class Certification, currently scheduled for September 25, 2018, shall be taken off calendar;

WHEREAS, should the Parties determine that the matter cannot be resolved through mediation and agree that the stay should be lifted:

(a) Defendants' written responses and objections to the Discovery Requests shall not be due until thirty (30) days after the date on which the Parties agree to lift the stay;

(b) The fact discovery cut-off shall be rescheduled to a date five (5) months after the date the Parties agree to lift the stay, and all other dates in the Case Management Order adjusted accordingly;

(c) Lead Plaintiff's reply brief in support of his Motion for Class Certification shall not be due until thirty (30) days after the date on which the Parties agree to lift the stay; and

(d) The hearing on the Motion for Class Certification shall be rescheduled to a date and time convenient for the Court; and

WHEREAS, notwithstanding the foregoing, the currently noticed deposition of Lead Plaintiff and Defendants' opposition to the Motion for Class Certification shall remain on calendar as originally set;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. With the exception of the currently noticed deposition of Lead Plaintiff and Defendants' opposition to the Motion for Class Certification, all proceedings in this action shall be temporarily stayed and all dates identified in the Case Management Order shall be vacated, including the deadline for Lead Plaintiff's reply brief in support of his Motion for Class Certification and the hearing on the Motion for Class Certification.

2. Should the Parties determine that the matter cannot be resolved through mediation and agree that the stay should be lifted:

(a) Defendants' written responses and objections to the Discovery Requests shall

1  not be due until thirty (30) days after the date on which the Parties agree to lift
2  the stay;

3      (b)    The fact discovery cut-off shall be rescheduled to a date five (5) months after
4  the date the Parties agree to lift the stay, and all other dates in the Case
5  Management Order adjusted accordingly;

6      (c)    Lead Plaintiff's reply brief in support of his Motion for Class Certification
7  shall not be due until thirty (30) days after the date on which the Parties agree
8  to lift the stay; and

9      (d)    The hearing on the Motion for Class Certification shall be rescheduled to a
10  date and time convenient for the Court.

11      3.    Notwithstanding the foregoing, the currently noticed deposition of Lead Plaintiff
12  and Defendants' opposition to the Motion for Class Certification shall remain on calendar as
13  originally set.

14      4.    The Parties will submit a joint status report to the Court on or before October 31,
15  2018 regarding the status of the stay.

Dated: July 9, 2018                     FENWICK & WEST LLP

                                        By: /s/ *Catherine D. Kevane*
                                            Catherine D. Kevane

                                            Attorneys for Defendants
                                            GoPro, Inc., Nicholas Woodman,
                                            Brian McGee and Anthony Bates

Dated: July 9, 2018                     FARUQI & FARUQI, LLP

                                        By: /s/ *Richard W. Gonnello*
                                            Richard W. Gonnello

                                            Lead Counsel for Lead Plaintiff Troy Larkin

Pursuant to Local Rule 5-1(i)(3), all signatories concur in filing this document.

Dated: July 9, 2018                               FENWICK & WEST LLP

                                                  By: /s/ *Catherine D. Kevane*
                                                       Catherine D. Kevane

                                                  Attorneys for Defendants
                                                  GoPro, Inc., Nicholas Woodman,
                                                  Brian McGee and Anthony Bates

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                                    _____
                                                                    Hon. Claudia Wilken
                                                                    United States District Court Judge

STIP. AND [PROP.] ORDER
TEMPORARILY STAYING PROCEEDINGS                    4                    Case No.: 4:16-cv-06654-CW