IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LARKIN,<br><br>      Plaintiff,<br><br>   v.<br><br>GOPRO, INC., NICHOLAS D. WOODMAN, BRIAN MCGEE, and ANTHONY BATES,<br><br>      Defendants. | Case No. 16-cv-06654 CW<br><br>ORDER REQUESTING ADDITIONAL INFORMATION IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT<br><br>(Dkt. No. 126) |

    Plaintiff Troy Larkin filed a motion for final approval of a class action settlement on July 16, 2019, which is scheduled to be heard on September 10, 2019. See Docket No. 126. Because the deadline for settlement class members to file claims and objections, and to opt out, is August 20, 2019, the motion does not contain certain information that is relevant to the question of whether the settlement satisfies the requirements for final approval.

    Accordingly, no later than August 30, 2019, Plaintiff shall file a supplemental brief and supporting declarations that contain the following information: (1) the total number of people or entities who are members of the settlement class as defined in the Stipulation of Settlement, and an explanation of how these settlement class members were identified; (2) the number and percentage of settlement class members to whom the class notice

was mailed; (3) the number and percentage of undeliverable class notices and a description of the efforts to deliver the notices to settlement class members; (4) the number and percentage of settlement class members who submitted valid claims; (5) the average expected recovery (in dollar amounts per share, as well as a percentage of a settlement class member's maximum recovery per share) in light of the number of settlement class members who submitted valid claims; (6) the number and percentage of settlement class members who elected to opt out of the class and a list of the names of the persons or entities that will be excluded from the settlement; and (7) the number and percentage of settlement class members who objected to or commented on the settlement.

Responses to any objections must be filed no later than September 3, 2019.

Plaintiff also shall (1) describe the circumstances under which it would not be "feasible" to distribute to claimants any Net Settlement Fund monies remaining after the initial distribution; and (2) indicate whether it is possible that more than $5,000 of Net Settlement Fund monies could remain after the initial distribution but distributing such remaining monies to claimants would not be "feasible."

Additionally, the parties shall submit a declaration indicating that notice was provided under CAFA, 28 U.S.C. § 1715, and a description of the federal and state officials to whom such notice was provided. Plaintiff also shall indicate the costs incurred for settlement administration thus far, and how much of those costs have already been paid out of the Settlement Fund.

Finally, counsel for Plaintiff shall file under seal for the Court's review a copy of the Supplemental Agreement discussed in paragraph 7.4 of the Stipulation of Settlement.

IT IS SO ORDERED.

Dated: August 15, 2019

CLAUDIA WILKEN
United States District Judge